IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUAN HERNANDEZ, DEQUAN KIRKWOOD, MANUEL TREVINO and KENT WHEATFALL, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HOUSTON, TEXAS, <br><br> Defendant. | Case No. 16-CV-3577 <br> (Class Action) <br><br> Jury Trial Demanded |

**[PROPOSED] ORDER**

The Court, having reviewed Plaintiffs' Response Suggesting Mootness, hereby ORDERS that Defendant's Motion to Dismiss (Dkt. 15) is moot and hereby denied without prejudice.

It is so ORDERED this _____ day of _____, 2017.

_____
Hon. Kenneth M. Hoyt
United States District Judge