UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUAN HERNANDEZ, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:16-CV-3577 |
| § | |
| CITY OF HOUSTON, § | |
| § | |
| Defendant. § | |

## ORDER

The Court having reviewed the plaintiffs' response suggesting mootness, hereby ORDERED that the defendant's motion to dismiss (Dkt. No. 15) is moot and hereby granted same.

It is so ORDERED.

SIGNED on this 6th day of March, 2017.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1