IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN HERNANDEZ, DEQUAN KIRKWOOD, MANUEL TREVINO, and KENT WHEATFALL, on behalf of themselves and all other similarly situated, *Plaintiffs,* | § § § § § | |
| v. | § | CIVIL ACTION NO. 4:16-cv-03577 |
| THE CITY OF HOUSTON, TEXAS, *Defendant.* | § § § § | |

**AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER**

TO THE HONORABLE JUDGE KENNETH HOYT:

Defendant City of Houston (the "City") files this agreed motion for entry of a [proposed] protective order, attached as Exhibit A. The Plaintiffs have requested in discovery from Defendant City of Houston unredacted copies of internal Houston Police Department files that may contain confidential personal information.

Section 143.1214(b) of the Local Government Code does not allow for the release of information contained in or pertaining to Internal Affairs investigatory files. Section 143.1214(b) states in pertinent part:

> The department shall maintain an investigatory document that relates to a disciplinary action against a firefighter or police officer that was overturned on appeal, or any document in the possession of the department that relates to a charge of misconduct against a fire fighter or police officer ... only in a file created by the department for the department's use.

Additionally, the Texas Code of Criminal Procedure has put into place procedures to protect the identity of victims of sexual assault, including their names, addresses, and/or contact information. Tex. Crim. Proc. Code Ann. art. 57.01, *et. seq.* During the course of discovery, Plaintiffs will likely be entitled to information regarding the criminal defendants who are charged

1

with crimes involving victims of sexual assault and/or minors. The City therefore seeks a protective order encompassing the Internal Affairs Division files described above, protected sexual assault victim information as described above, and the names of minors who are identified as crime victims, along with any other personal contact information for victims or witnesses described in any produced documents.

WHEREFORE, for the foregoing reasons, the parties respectfully request that this Court enter the agreed protective order attached as Exhibit A.

Dated: July __, 2017

Respectfully Submitted,

**RONALD C. LEWIS**
**City Attorney**

DONALD J. FLEMING
Chief Labor, Employment and Civil Rights

By: /s/ *Connica Lemond*
CONNICA LEMOND
Attorney-in-Charge
Assistant City Attorney
State Bar No.: 24031937
Fed. Bar No.: 435483
(832) 393-6208 TEL
connica.lemond@houstontx.gov

SUZANNE R. CHAUVIN
Senior Assistant City Attorney
State Bar No.: 04160600
Fed. Bar No.: 14512
Suzanne.Chauvin@houstontx.gov
Tel. (832) 393-6219

CITY OF HOUSTON LEGAL DEPARTMENT
P.O. BOX 368
Houston, Texas 77001-0368
Fax (832) 393-6259

***ATTORNEYS FOR DEFENDANT,***
***CITY OF HOUSTON***

Dated: July __, 2017                    */s/ Rebecca Bernhardt*

Rebecca Bernhardt (TX Bar No. 24001729)
*Attorney-in-Charge*
Susanne Pringle (TX Bar No. 24083686)
Texas Fair Defense Project
314 E Highland Mall Blvd, Suite 108
Austin, Texas 78752
(512) 637-5220
rbernhardt@fairdefense.org
springle@fairdefense.org

/s/ *Charles Gerstein*

Charles Gerstein (*Admitted pro hac vice*)
Alec Karakatsanis
Civil Rights Corps
910 17th Street NW, Fifth Floor
Washington, DC 20001
(202) 681-2409
charlie@civilrightscorp.org
alec@civilrightscorps.org

*/s/ Patrick King*

Patrick King (TX Bar No. 24095186)
Kirkland & Ellis LLP
600 Travis Street, Suite 330
Houston, Texas 77002
(713) 835-3600 Telephone
(713) 835-3601 Facsimile
patrick.king@kirkland.com

Andrew Genser (*Admitted pro hac vice*)
Amanda Elbogen (*Admitted pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Ave
New York, NY 10022
(212) 446-4800 Telephone
(212) 446-4900 Facsimile
agenser@kirkland.com
amanda.elbogen@kirkland.com

*Attorneys for Plaintiffs*