IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUAN HERNANDEZ, DEQUAN KIRKWOOD, KENT WHEATFALL, and MANUEL TREVINO, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) |
| Plaintiffs, | ) Case No. 16-CV-3577 ) (Class Action) |
| v. | ) ) Jury Trial Demand |
| THE CITY OF HOUSTON, TEXAS, | ) ) ) |
| Defendant. | ) ) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Upon consideration of Plaintiffs' Motion for Class Certification (Dkt. 85), the parties' briefing, and oral argument, if any, this Court finds that Plaintiffs have satisfied the requirements for class certification under Fed. R. Civ. P. 23(a) and (b)(3). Specifically, Plaintiffs have demonstrated that members of the proposed classes are so numerous that joinder is impracticable, as there are more than 1,560 putative class members. Second, there are questions of law and fact common to the classes, involving Defendant's policies for arresting individuals without a warrant and the relevant knowledge and intent of the City of Houston's policymakers. Third, the claims of the Plaintiffs are typical of the claims of the class members. Fourth, Plaintiffs and their counsel, as representatives of the classes, will fairly and adequately protect their interests. Additionally, this Court finds that questions of law or fact common to class members predominate over individual questions and a class action is the superior method for adjudicating the controversy.

In light of the above, it is hereby **ORDERED** that Plaintiffs' motion is **GRANTED** and that the following classes be certified, with the named Plaintiffs appointed class representatives:

Class A: All people arrested without a warrant after December 5, 2014, and detained by the City of Houston for more than 48 hours.

Class B: All people arrested without a warrant after December 5, 2014, and detained by the City of Houston for more than 24 hours and less than 48 hours.

ENTERED this _____ day of December 2018.

Houston, Texas

_____
Kenneth M. Hoyt
United States District Judge