IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUAN HERNANDEZ, DEQUAN KIRKWOOD, MANUEL TREVINO, KENT WHEATFALL, and ERIC AGUIRRE on behalf of themselves and all other similarly situated, *Plaintiffs,* v. THE CITY OF HOUSTON, TEXAS, *Defendant.* | § § § § § § § § § § § § | CIVIL ACTION NO. 4:16-cv-03577 |

## **[PROPOSED] ORDER**

Before the Court is the Motion to Stay Proceedings Pending Interlocutory Appeal filed by Defendant, the City of Houston, Texas. After reviewing Defendant's Motion and Plaintiffs' response, if any, the Court is of the opinion that Defendant's Motion should be granted. It is therefore:

ORDERED that all further proceedings in this case are stayed pending resolution of Plaintiffs' appeal of the Court's July 3, 2019 Memorandum Opinion and Order.

ORDERED this _____ day of _____, 2019.

_____
THE HONORABLE KENNETH HOYT
UNITED STATES DISTRICT JUDGE