**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| JUAN HERNANDEZ, DEQUAN KIRKWOOD, MANUEL TREVINO, KENT WHEATFALL, and ERIC AGUIRRE on behalf of themselves and all others similarly situated, | CIVIL ACTION NO. 4:16-CV-3577 |
| *Plaintiffs*, | |
| v. | |
| THE CITY OF HOUSTON, TEXAS, | |
| *Defendant*. | |

**<u>Joint Motion to Continue Fairness Hearing</u>**

This Court scheduled a final fairness hearing in the above-captioned matter for December 10, 2020. Because the settlement agreement and notice plan in this case allow 120 days for any class member to consider the agreement and file an objection or request for exclusion, and because the agreement allows 30 days for the administrator to receive the settlement fund and prepare the notices, the parties jointly request that this Court continue the final fairness hearing until a date certain no later than **March 22, 2021.**

Respectfully submitted,

*/s/ Charles Gerstein*
Civil Rights Corps
1601 Connecticut Ave. NW, Suite 800
Washington, DC 20009
charlie@civilrightscorps.org
(202) 894-6128

*/s/ Anna Rotman*
Kirkland & Ellis LLP
609 Main St., Suite 4600,
Houston, TX 77002
713-836-3750

Anna.rotman@kirkland.com

*/s/ Lena S. Cohen*
*/s/ Maisie Allison*
Kirkland & Ellis LLP
555 South Flower Street,
Los Angeles, CA 90071
(213) 680-8265
Lena.cohen@kirkland.com

*Attorneys for Plaintiffs*

*/s/ Sean Gorman*
*/s/ Daisy Puente*
Bracewell LLP
711 Louisiana Street, Suite 2300
Houston, TX
77002-2770
sean.gorman@bracewell.com

*Attorneys for Defendant*