United States District Court
Southern District of Texas
**ENTERED**
November 04, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUAN HERNANDEZ § | |
| and § | |
| JAMES DOSSETT § | |
| and § | |
| DEQUAN KIRKWOOD, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:16-CV-03577 |
| § | |
| CITY OF HOUSTON, § | |
| § | |
| Defendant. § | |

## ORDER CONTINUING FINAL FAIRNESS HEARING

The final fairness hearing in this case is hereby continued to March 18, 2021 at 9:00 a.m.

It is so ORDERED.

SIGNED on this 4th day of November, 2020.

_____
Kenneth M. Hoyt
United States District Judge