UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Juan Hernandez, et al.

v.                                    Case Number: 4:16–cv–03577

City Of Houston

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Kenneth M Hoyt

**PLACE:**
Courtroom 11A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 3/18/2021

**TIME:** 01:00 PM

**TYPE OF PROCEEDING:** Preliminary Approval/Fairness Order – #188

Date:   March 11, 2021

                                            Nathan Ochsner, Clerk