Case 4:16-cv-03577   Document 215   Filed on 09/07/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 07, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUAN HERNANDEZ, *et al.*, § § Plaintiffs, § § VS. § CITY OF HOUSTON, § § Defendant. § § § § | CIVIL ACTION NO. 4:16-CV-03577 |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES AND COSTS

Having reviewed the plaintiffs' unopposed motion (Dkt. No. 213), and good cause appearing, the Court hereby GRANTS the plaintiffs' request to distribute the residual funds in the amount of $93,241.28 from the settlement to Class Counsel as an award for their attorneys' fees and costs.

It is so ORDERED.

SIGNED on September 7, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge